BARBARA MARIE RIZZO (CSBN 172999)
Attorney at Law
P. O. Box 383103
Waikoloa, HI 96738
Telephone: 808-785-6088
Fax: 808-440-0699
e-mail: mail@fedlaborlaw.com

Attorney for Plaintiff Sherry Lynn Jones

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SHERRY LYNN JONES, | Case No.: 2:19-CV-01273-AC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME FOR PLAINTIFF TO FILE HER MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Plaintiff shall have an extension of time of 30 days to file her Motion for Summary Judgment. This is the first continuance sought by Plaintiff. Pursuant to the Court's Scheduling Order, the current due date for Plaintiff's Motion for Summary Judgment is January 23, 2020. If the extension of time is granted, the new due date will be February 24, 2020.

There is good cause for this request. Plaintiff's counsel had a family medical emergency that required her to be out of town and out of the office from January 8 until January 21, 2020.

STIPULATION & [PROPOSED]
ORDER FOR TIME EXTENSION
2:19-cv-01273-AC

1

Therefore, Plaintiff is respectfully requesting additional time up to and including February 24, 2020 to file her Motion for Summary Judgment. This request is made in good faith with no intention to unduly delay the proceedings.

Respectfully submitted,

Date: January 22, 2020  "/s/Barbara Marie Rizzo"
BARBARA MARIE RIZZO
Attorney for Plaintiff

Date: January 22, 2020  "/s/Daniel Talbert"
(As authorized by e-mail on 1/22/20)
DANIEL TALBERT
Attorney for Defendant

**ORDER**

APPROVED AND SO ORDERED.
DATED: January 23, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE