1 McGREGOR W. SCOTT
United States Attorney
2 DEBORAH LEE STACHEL
Regional Chief Counsel
3 DANIEL P. TALBERT
Special Assistant United States Attorney
4     Social Security Administration
    160 Spear Street, Suite 800
5     San Francisco, CA 94105
    Telephone: (415) 977-8995
6     Facsimile: (415) 744-0134
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SHERRY JONES,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | No. 2:19-cv-01273-AC<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR A THIRTY-DAY EXTENSION FOR DEFENDANT TO FILE HIS CROSS-MOTION FOR SUMMARY JUDGMENT |

    The parties stipulate by counsel that Defendant shall have a further thirty days to file his cross-motion for summary judgment. Defendant's motion is due March 20, 2020; the parties stipulate to an extension through April 20, 2020. Good cause exists for this extension because this case involves an application after March 27, 2017, meaning that the agency's new medical evidence regulations apply to this case. Because these regulations represent a significant change in Social Security disability law, counsel for Defendant requires more time to consult with other attorneys in the agency as well as more time for sufficient review of his cross-motion before filing it. To the best of counsel for Defendant's knowledge, this is likely the first case to be briefed in this Court in which the new medical evidence regulations are an issue. The requested

extension will give Defendant sufficient time to research and brief this novel issue and to present it fully and accurately to the Court.

Respectfully submitted March 18, 2020.

DATED: March 18, 2020    */s/ Barbara Rizzo*
BARBARA RIZZO
(as authorized by email)
Attorney for Plaintiff

McGREGOR W. SCOTT
United States Attorney

DATED: March 18, 2020    By    *s/ Daniel P. Talbert*
DANIEL P. TALBERT
Special Assistant United States Attorney

Attorneys for Defendant

ORDER

Pursuant to stipulation, it is so ordered.

DATE: March 18, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE